UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Idle Hands Enterprises, LLC, | Case No. 22-cv-02186 (KMM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| No Coast Tattoo, LLC, | |
| Defendants. | |

On April 24, 2023, the Court held a hearing on Idle Hands Enterprises, LLC's Motion for Default Judgment. At that hearing, counsel for the plaintiff indicated that he had served the motion and the notice of hearing on the defendant, presumably by mail, but there is no proof in the record that such service occurred. While there is a meet-and-confer statement that demonstrates that counsel attempted to communicate with the defendant ahead of filing the Motion, there is no indication that the defendant was notified of either the Motion or the hearing. This also suggests that the defendant could be unaware of the plaintiff's demand for payment of its attorney's fees.

The Court sees two paths forward. The plaintiff may file proof that the defendant was in fact properly served with the Motion and the notice of hearing. Alternatively, counsel for the plaintiff should immediately serve the original Motion for Default Judgement, the related documents, and this Order on the defendant. Mail will be an acceptable form of service, if the material is sent to the address where personal service was originally accomplished, and proof of service should be promptly filed on the docket.

**The defendant has until August 30, 2023, to submit any response in opposition to this Court, or to otherwise engage in the litigation. If no response is received, the Court will grant Default Judgment as requested.**

Date: August 12, 2023                             *s/Katherine Menendez*
                                                  Katherine Menendez
                                                  United States District Judge